# Ex. M

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
JANE DOE,                                                            Index No.: 2009/

                Plaintiff,
-against-                                                            VERIFIED
                                                                              COMPLAINT

KENNETH KIM,

                Defendant.
-----------------------------------------------------------------X

       Plaintiff, Jane Doe, by her attorneys, Ciarelli & Dempsey, complaining of the Defendant herein, respectfully allege as follows:

1.     At all times hereinafter mentioned, the Plaintiff was, and still is, a resident of the County of New York, State of New York.

2.     Upon information and belief, at all times hereinafter mentioned, the Defendant, was, and still is, a resident of the County of New York, State of New York.

3.     On October 21, 2008, in the City of New York, County of New York, and State of New York, the Defendant, Kenneth Kim, assaulted and raped the Plaintiff, with force and violence, and against Plaintiff's will.

4.     Defendant Kenneth Kim's actions were willful, intentional, and unwarranted, and were without any just cause or provocation.

5.     By reason and consequence of said assault, and rape, the Plaintiff sustained severe personal injuries and damage.

6.     As a result of the foregoing, the Plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Kenneth Kim, as follows:

A. Upon this cause of action, in an amount which exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction, with interest and costs of this action; and

B. For such other and further relief as to the court may seem just and proper.

Dated: Riverhead, New York
December 15, 2009

Yours etc.,

CIARELLI & DEMPSEY

PATRICIA A. DEMPSEY, ESQ.
Attorneys for Plaintiff
737 Roanoke Avenue
Riverhead, New York 1901
(631) 369-5100


MICHAEL T. CORNACCHIA, ESQ.
Of Counsel
Attorney for Plaintiff
260 Madison Avenue, 22nd Floor
New York, New York 10016
(646) 278-4297

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK)
                  ) ss.:
COUNTY OF SUFFOLK)

I, PATRICIA A. DEMPSEY, an attorney admitted to practice law in the Courts of the State of New York, hereby states as follows:

1. I am a member of the law firm of CIARELLI & DEMPSEY, the attorneys of record for the Plaintiff in the within action.

2. I have read the foregoing Verified Complaint, and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

3. The reason this verification is made by me and not by the Plaintiff, is because the Plaintiff is not currently located within the County in which the undersigned maintains an office.

4. The grounds of my belief as to all matters stated upon my own knowledge are provided by conversations with the Plaintiff, and documents contained in the Plaintiff's file.

5. I hereby affirm that the foregoing statements are true, under the penalties of perjury.

Dated: Riverhead, New York
       December 15, 2009

*[signature]*
PATRICIA A. DEMPSEY

Sworn to before me this
15th day of December, 2009.

*[signature]*
Notary Public

Antoinette V. Wright
Notary Public, State of New York
No. 08WR___
Qualified in Suffolk County
Commission Expires 01 / 07 / 2010